ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

FILED IN OPEN COURT
U.S.D.C. - Atlanta

JUN 1 6 2020

By: JAMES N. HATTEN, Clerk
Deputy Clerk

UNITED STATES OF AMERICA

v.

JESSE JAMES SMALLWOOD,
DELVECCHO WALLER JR.,
BRUCE THOMPSON,
JUDAH COLEMAN BAILEY,
AND DASHUN MARTIN

Criminal Indictment

No.

2: 20 - C R - 023

THE GRAND JURY CHARGES THAT:

### Count One
### (General Conspiracy – 18 U.S.C. § 371)

On or about June 2, 2020, in the Northern District of Georgia, the defendants, JESSE JAMES SMALLWOOD, DELVECCHO WALLER JR., BRUCE THOMPSON, JUDAH COLEMAN BAILEY, and DASHUN MARTIN, did knowingly and willfully combine, conspire, confederate, and agree with one another, and with others known and unknown to the grand jury, to maliciously damage and destroy, by means of fire and explosive materials, a vehicle; that is, a marked City of Gainesville, Georgia, Police Department patrol unit, used in interstate and foreign commerce, and in activities affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section 844(i).

1

## Overt Acts

In furtherance of the conspiracy, and to effect its purpose and objective, the defendants, JESSE JAMES SMALLWOOD, DELVECCHO WALLER JR., BRUCE THOMPSON, JUDAH COLEMAN BAILEY, and DASHUN MARTIN, and others known and unknown to the grand jury, knowingly committed at least one of the following Overt Acts in the Northern District of Georgia:

1. On or about June 2, 2002, at approximately 1:15 AM, the defendants, JESSE JAMES SMALLWOOD, DELVECCHO WALLER JR., BRUCE THOMPSON, JUDAH COLEMAN BAILEY, and DASHUN MARTIN, drove to an apartment complex located on Paces Court in Gainesville, Georgia, in a vehicle driven by Defendant SMALLWOOD;

2. The Defendants possessed a flare gun in the vehicle driven by Defendant SMALLWOOD;

3. Upon arriving at the apartment complex, at least one of the Defendants left the vehicle driven by Defendant SMALLWOOD and approached a City of Gainesville Police Department patrol unit parked in the lot of the apartment complex; and

4. The Defendants then set the patrol car on fire using a flare gun.

All in violation of Title 18, United States Code, Section 371.

**Count Two**
**(Arson – 18 U.S.C. § 844(i))**

On or about June 2, 2020, in the Northern District of Georgia, the defendants, JESSE JAMES SMALLWOOD, DELVECCHO WALLER JR., BRUCE THOMPSON, JUDAH COLEMAN BAILEY, and DASHUN MARTIN, and others known and unknown to the grand jury, aided and abetted by one another, did maliciously damage and destroy, and maliciously attempt to damage and destroy, by means of fire and explosive materials, a vehicle, that is, a marked City of Gainesville, Georgia, Police Department patrol unit, used in interstate and foreign commerce, and in activities affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section 844(i), and Section 2.

**Forfeiture**

Upon conviction of either of the offenses alleged in Counts One and Two of this Indictment, the defendants, JESSE JAMES SMALLWOOD, DELVECCHO WALLER JR, BRUCE THOMPSON, JUDAH COLEMAN BAILEY, and DASHUN MARTIN, shall forfeit to the United States, pursuant to Title 18, United States Code, Sections 844(c) and 982(a), any explosive materials involved or used or intended to be used in the commission of the offense(s).

If, as a result of any act or omission of the defendants, any property subject to forfeiture:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third person;

(c) has been placed beyond the jurisdiction of the Court;

3

(d)  has been substantially diminished in value; or

(e)  has been commingled with other property which cannot be subdivided
without difficulty;

the United States intends, pursuant to Title 21, United States Code, Section 853(p),

as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture

of any other property of the defendants up to the value of the forfeitable property

or seek a money judgment against said defendants for any amount that would

constitute the proceeds of the offense(s).

A _True_ BILL

_Arlene S. Billingsley_
FOREPERSON

BYUNG J. PAK
_United States Attorney_

GREGORY E. RADICS
_Assistant United States Attorney_
Georgia Bar No. 591724

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181