U.S. Department of Justice
United States Attorney

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

Division: Gainesville
(USAO: 2020R00506)

**DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION**

COUNTY NAME:   Hall                    DISTRICT COURT NO.: 2:20-CR-023

MAGISTRATE CASE NO.

| X Indictment | Information | Magistrate's Complaint |
|---|---|---|
| DATE: June 16, 2020 | DATE: | DATE: |

UNITED STATES OF AMERICA
vs.
DELVECCHO WALLER, JR.

SUPERSEDING INDICTMENT
Prior Case Number:
Date Filed:

GREATER OFFENSE CHARGED: X Felony   Misdemeanor

**Defendant Information:**

Is the defendant in custody?   Yes   X No
Will the defendant be arrested pending outcome of this proceeding?   X Yes   No
Is the defendant a fugitive?   Yes   X No
Has the defendant been released on bond?   Yes   X No
Will the defendant require an interpreter?   Yes   X No

District Judge:

Attorney: Gregory Radics
Defense Attorney: