AO 442 (12/85) Warrant for Arrest

FID: 11133685

**ORIGINAL**

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA

RECEIVED
By CSpear at 1:33 pm, Jun 17, 2020

UNITED STATES OF AMERICA,

vs.

DELVECCHO WALLER, JR.

WARRANT FOR ARREST

CASE NO. 2:20-CR-023 -SCJ

To:   The United States Marshal and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest DELVECCHO WALLER JR. and bring him forthwith to the nearest magistrate to answer a(n)

[X] Indictment   [ ] Information   [ ] Complaint   [ ] Order of Court   [ ] Violation Notice   [ ] Probation Violation Petition

Charging him with: Conspiracy in violation of **Title 18, United States Code, Section(s) 371 and Arson in Violation of Title 18, United States Code, Section(s) 844(i).**

| | |
|---|---|
| J. CLAY FULLER | United States Magistrate Judge |
| Name of Issuing Officer | Title of Issuing Officer |
| /s/ C. Klimenko | June 16, 2020   at   Gainesville, Georgia |
| Signature of Issuing Officer | Date and Location |

Bail Fixed at $ _____   By: _____
Name of Judicial Officer

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JUN 2 4 2020

JAMES N. HATTEN, Clerk
By: /s/ MS
Deputy Clerk

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

Date Received: _____

Date of Arrest: _____

Name and Title of Arresting Officer

Signature of Arresting Officer

Warrant returned unexecuted
due to being processed
on a WRIT on 06/18/2020