IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.

DELVECCHO WALLER JR.

Criminal Action No.
2:20-CR-023

**Government's Motion for Detention**

The United States of America, by counsel, Byung J. Pak, United States Attorney, and Gregory Radics, Assistant United States Attorney for the Northern District of Georgia, moves for detention under 18 U.S.C. §§ 3142(e) and (f).

1. **Eligibility of Case**

    This case is eligible for a detention order because this case involves:

    Any felony that is not otherwise a crime of violence but which involves the possession/use of a firearm, destructive device, or any other dangerous weapon;

    A serious risk that the defendant will flee;

    A serious risk that the defendant will obstruct or attempt to obstruct justice;

    A serious risk that the defendant will threaten, injure, or intimidate a prospective witness or juror, or attempt to do so.

2. **Reason for Detention**

    The Court should detain defendant because there are no conditions of release that will reasonably assure the appearance of the person as required and the safety of any other person and the community.

3. **Rebuttable Presumption**

The United States will not invoke the rebuttable presumption that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community pursuant to 18 U.S.C. § 3142(e)(3).

The United States will not invoke the rebuttable presumption that no condition or combination of conditions will reasonably assure the safety of any other person and the community pursuant to 18 U.S.C. § 3142(e)(2).

4. **Time for Detention Hearing**

The United States requests the Court conduct the detention hearing after continuance of 3 days.

The United States requests leave of Court to supplement this motion with additional grounds or presumptions for detention.

Dated: June 26, 2020.

Respectfully submitted,

Richard Russell Federal Building
75 Ted Turner Drive S.W., Suite 600
Atlanta, Georgia 30303-3309
Phone: (404) 581-6000
Fax: (404) 581-6181
(404) 581-6265
Gregory.Radics@usdoj.ogv

BYUNG J. PAK
United States Attorney

/s/GREGORY RADICS
Assistant United States Attorney
Ga. Bar No. 591724

## Certificate of Service

I served this document today by filing it using the Court's CM/ECF system, which automatically sends electronic notification to the parties and counsel of record.

June 26, 2020

/s/GREGORY RADICS
GREGORY RADICS
Assistant United States Attorney