IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DELVECCHO WALLER JR. | CRIMINAL ACTION<br>NO. 2:20-CR-023 |

**United States' Response to Defendant's Motion to Return Mr. Waller to Local Jurisdiction**

The United States of America, by Byun J. Pak, United States Attorney, and Gregory E. Radics, Assistant United States Attorney for the Northern District of Georgia, files its *Response to Defendant Delveccho Waller Jr.'s Motion to Return Mr. Waller to Local Jurisdiction* (Doc. 45). In support of its response the Government shows the following:

**I.**

On June 16, 2020, a federal grand jury in the Northern District of Georgia returned an indictment charging defendant Delveccho Waller Jr. ("Waller"), along with co-defendants Jesse James Smallwood, Bruce Thompson, Judah Coleman Bailey, and Dashun Martin with conspiracy to commit arson and arson. (Doc. 1). On June 16, 2020 a Writ of Habeas Corpus ad Prosequendum issued against Waller and an initial appearance was set for June 23, 2020 at 1:00 p.m. (Doc. 18). On June 26, 2020, the Government filed a Motion for Detention of Waller. (Doc. 40). On June 8, 2020, Waller filed an "Emergency Motion to Return Mr. Waller to Local Jurisdiction." (Doc. 45). In that Motion Waller alleges that he is being denied a bond hearing at the state level and that his charges at the state

level are in the process of being dismissed. *Id.* On July 9, 2020, this Court ordered the Government to file a response to the motion by July 20, 2020. (No docket no.)

## II.

The Government has determined that Waller had a bond hearing at the state level on his charges on June 3, 2020 and was denied bond. (*See* "Bond Order," attached*)*. Additionally, the Government spoke to the prosecuting attorney who is handling Waller's charges at the state level on July 16, 2020, and she has made no decision on whether or not she will be dismissing those charges. Wherefore, the Government respectfully requests that the defendant's Motion be denied.

Respectfully submitted,

BJUNG J. PAK
   *United States Attorney*

/s/GREGORY E. RADICS
   *Assistant United States Attorney*
Georgia Bar No. 591724
Gregory.Radics@usdoj.gov

600 U.S. Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303
(404) 581-6265 (Office)

<u>Certificate of Service</u>

This is to certify that the foregoing document was formatted in accordance with Local Rule 5.1C in Book Antiqua font, 13-point type.  This is also to certify that I served this document electronically to counsel of record:

Mr. Arturo Corso, Esq.

July 20, 2020

*/s/Gregory E. Radics*

GREGORY E. RADICS
*Assistant United States Attorney*