# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

**2:20-cr-00023-SCJ-JCF**
**USA v. Smallwood et al**
**Honorable Steve C. Jones**

Minute Sheet for proceedings held on 07/28/2020.

TIME COURT COMMENCED: 9:58 A.M.
TIME COURT CONCLUDED: 10:18 A.M.          TAPE NUMBER: Zoom
TIME IN COURT: 00:20                       DEPUTY CLERK: Christina Klimenko
OFFICE LOCATION: Gainesville

| | |
|---|---|
| DEFENDANT(S): | [2]Delveccho Waller, Jr. Present at proceedings |
| ATTORNEY(S) PRESENT: | Arturo Corso representing Delveccho Waller<br>Gregory Radics representing USA |
| PROCEEDING CATEGORY: | Motion Hearing(Motion Hearing Non-evidentiary); |
| MOTIONS RULED ON: | DFT#2-[45]Motion for Miscellaneous Relief TAKEN UNDER ADVISEMENT |
| MINUTE TEXT: | Oral argument re: Defendant's [45] Motion to Return Mr. Waller to Local Jurisdiction. Defendant to file a supplemental brief to his motion providing the court with any case and statutory authority within seven days; the Govt. shall have seven days thereafter in which to file a response; Govt. shall also look into the recordings of conversations between counsel and his client at the detention facility. |