IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| | CRIMINAL COMPLAINT |
| vs. | |
| | No.   2:20-CR-023 |
| DEVECCHO WALLER, JR., | |
| Defendant. | |

**DEFENDANT'S *Supplemental* RESPONSE TO GOVERNMENT'S BRIEF IN OPPOSITION TO CONDUCT OF DETENTION HEARING**

COMES NOW the Defendant in the above styled matter, MR. DEVECCHO WALLER, JR. (hereinafter referred to as "Mr. Waller"), by and through counsel and hereby files this his *Supplemental* Response to Government's Brief in Opposition to Conduct of Detention Hearing and further shows this Court as follows:

**SECOND UPDATE ON LIMITATIONS
OF CONTACT WITH MR. WALLER**

On or about September 8, 2020, while at RAD, Mr. Waller commenced vomiting copious amounts of blood and experiencing back pains.  His requests for medical attention were ignored; he was offered some pepto bismol.  Upon learing of this, counsel contacted RAD multiple times and also contacted the U.S.

Marshall.  Ultimately, Mr. Waller did receive some medical attention.  He had contracted covid-19.  Because Mr. Waller has a preexisting medical condition, he is particularly vulnerable to the extreme symptoms of the corona virus.  While he is feeling better today, Mr. Waller remains placed in grave medical danger due to his incarceration.

### SECOND UPDATE ON PRODUCTION OF DISCOVERY

Discovery is on going and incomplete.  A list of missing items has been requested again.  The Government has sent a second production of discovery but it only contains the same items originally sent and none of the items requested.

### SECOND UPDATE ON HALL COUNTY PROBATION HOLD

The State of Georgia again failed to conduct a probation bond hearing or revocation hearing last week for the reason that Mr. Waller is at RAD and not at the Hall County jail.  Production of a state inmate being held on a federal writ is a procedure apparently foreign to all parties.  The State has again refused to consent to any bond on probation hold despite the fact that the superior court previously granted a recognizance bond on the new charge.

According to Mr. Waller's state appointed counsel, a status conference (without the presence of Mr. Waller in any form) is scheduled for later today. State defense counsel has requested proof from the undersigned regarding the

ruling denying federal bond for lack of jurisdiction over the person. At this time, the Court has not ruled on any aspect of this conundrum and all issues are pending under advisement.

## CONCLUSION

The Court can and should dissolve its *writ ad prosequendum* and release Mr. Waller back to Hall County. The procedural irregularities as described in this and prior pleadings have not only be unjustly frustrating, but now have placed Mr. Waller's very human life in jeopardy. It is exasperating to spend so much time litigating such nuance while Mr. Waller is exposed to viral infection. It is more exasperating still to see the Government obtusely take the position that this Court has no authority to rule on returning Mr. Waller to Hall County, granting a dissolution of the writ, or conducting a detention hearing. The only just resolution is to dismiss the indictment without prejudice and allow the State matter to first proceed to its own natural conclusion.

This 17th day of September 2020.

____/s/ Arturo Corso_____
Arturo Corso
Georgia State Bar No. 188748
Attorney for Mr. Waller

<u>Certificate of Service</u>

This is to certify that I have this day served a true and correct copy of the foregoing upon counsel for the Government by filing same upon the Court's CM/ECF Docket and causing it to be distributed to all parties and counsel of record.

This 17th day of September 2020.

_____*/s/ Arturo Corso*_____
Arturo Corso
Attorney at Law