IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| | CRIMINAL COMPLAINT |
| vs. | |
| | No.   2:20-CR-023 |
| DELVECCHO WALLER, JR., | |
|     Defendant. | |

**SECOND MOTION FOR
EXTENSION OF TIME TO FILE MOTIONS**

COMES NOW the Defendant in the above styled matter, Mr. Delveccho Waller, Jr., by and through undersigned counsel, and hereby files this Second Motion for Extension of Time to File Pretrial Motions and further shows this Court as follows:

1.

Mr. Waller is currently incarcerated without bond in a private prison located in Lovejoy, Georgia in connection with the above styled matter.

2.

Although the Government has provided some discovery, it remains incomplete.  Therefore, the Defendant is not able to determine at this time what procedural or substantive motions, if any, will be filed in the instant matter.  We

anticipate filing motions to suppress searches, statements, and a motion to sever at the least.

3.

The Government has informed counsel he is working with local agencies to obtain the missing items.

4.

Prior to filing this motion, counsel for Mr. Waller communicated with Government counsel as required by local rules but due to the lateness of the hour has not yet received a response.

WHEREFORE the Defendant prays this Court grant the Defendant's Motion for Extension of Time to File Motions until the completion of production of discovery.

Respectfully submitted this 5th day of October 2020.

 /s/ Arturo Corso_____
Arturo Corso
Attorney for Mr. Waller
Georgia State Bar No. 188748
*The Corso Law Center, LLC*
427 Green Street, N.W.
Gainesville, Georgia 30501
Telephone: (770) 532-9732
Facsimile: (770) 532-9733

CERTIFICATE OF SERVICE

This is to certify that I have this day electronically filed the foregoing motion with the Clerk of Court using the CM/ECF system which will automatically send email notifications of such filing to the opposing party.

This 6th day of October, 2020.

 */s/ Arturo Corso*_____
Arturo Corso
Attorney at Law