IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| vs. | CRIMINAL COMPLAINT |
| | No.   2:20-CR-023 |
| DELVECCHO WALLER, JR., | |
| Defendant. | |

**APPEAL FROM ORDER OF DETENTION**

COMES NOW the Defendant, Mr. Delveccho Waller, Jr., by and through his undersigned counsel and petitions this Honorable District Court Judge, pursuant to 18 U.S.C. Sections 3141(a), 3142 and 3145(b) to grant Mr. Waller's appeal of the Magistrate Court's Order of detention and denial of reconsideration.  In support thereof, the Mr. Waller shows the following:

1.

On November 12, 2020, The Honorable Magistrate Court Judge Fuller ordered that Mr. Waller be detained because there was "no combination of factors" which would safeguard the community in light of his prior criminal history. [Doc 96]

2.

On motion for reconsideration, the Magistrate again denied bond but without conducting a hearing, finding that there had been no change of circumstances. [Doc 104]

3.

However, some important circumstances did indeed arise after the bond hearing had already occurred; therefore, they were not known to Mr. Waller or counsel.

4.

Mr. Waller contends that he is not a danger to the community or a risk of flight, and hereby appeals the Order of detention and denial of reconsideration. Mr. Waller further shows that since the bond hearing there has been a change in circumstances such that issuance of bond should be granted, to wit:

    a. two general orders amending the covid-19 emergency have issued delaying conduct of proceedings;

    b. a hearing on Mr. Waller's motion to suppress was sua sponte reset from February 2, 2021 to April 28, 2021; and

    c. conditions at a private prison have become untenable because

        i. a prison guard has smuggled in a weapon to an inmate with who she was having a sexual relationship, which inmate has used that knife to threaten Mr. Waller and others in the same cell block; and

        ii. another prison guard with control over Mr. Waller has made sexual advances and threats of violence to Mr. Waller and others in the same cell block.

5.

Mr. Waller has substantial family ties to the Gainesville area.  He and his wife have five children.  He is a person of good moral character.  Although he does have some prior criminal conduct, it does not well represent the person he is in total.  No person is the sum of the snapshot on his worst day.

6.

Of course, there are a number of conditions which could, in combination, sufficiently safeguard the community and permit Mr. Waller to remain free on bond until trial.  He has already been incarcerated during his presumption of innocence for more than 8 months.  Therefore, Mr. Waller requests that the District Court review the Magistrate's Order of detention and denial of reconsideration *de novo*.  Further, Mr. Waller requests an evidentiary hearing be conducted where witnesses from the Robert A. Deyton (RAD) Detention Center may be subpoenaed to give testimony.

WHEREFORE, Mr. Waller prays for a *de novo* review and evidentiary hearing on the Magistrate Judge's Order of detention and denial of reconsideration.

Respectfully submitted this 9th day of February 2021.

 /s/ *Arturo Corso*
Arturo Corso
Attorney for Mr. Waller
Georgia State Bar No. 188748

*The Corso Law Center, LLC*
427 Green Street, N.W.
Gainesville, Georgia 30501
Telephone: (770) 532-9732
Facsimile: (770) 532-9733

CERTIFICATE OF SERVICE

This is to certify that I have this day electronically filed the foregoing motion with the Clerk of Court using the CM/ECF system which will automatically send email notifications of such filing to the opposing party.

This 9th day of February, 2021.

 /s/ *Arturo Corso*
Arturo Corso
Attorney at Law