# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

## 2:20-cr-00023-SCJ-JCF
## USA v. Smallwood et al
## Honorable Steve C. Jones

Minute Sheet for proceedings held on 05/13/2021.

TIME COURT COMMENCED: 11:40 A.M.
TIME COURT CONCLUDED: 12:15 P.M.                COURT REPORTER: David Ritchie
TIME IN COURT: 00:40                            DEPUTY CLERK: Pamela Wright
OFFICE LOCATION: Gainesville

| | |
|---|---|
| DEFENDANT(S): | [2]Delveccho Waller, Jr. Present at proceedings |
| ATTORNEY(S) PRESENT: | Arturo Corso representing Delveccho Waller<br>Gregory Radics representing USA |
| PROCEEDING CATEGORY: | Change of Plea; |
| MINUTE TEXT: | Change of plea hearing held via Zoom; defendant waived in-court appearance. Defendant entered a negotiated plea of guilty to Count 1 as charged in the Indictment, with remaining Count 2 to be dismissed upon sentencing. |
| HEARING STATUS: | Hearing Concluded |