UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DELVECCHO WALLER, JR. | CRIMINAL ACTION<br>NO. 2:20-CR-0023-02-SCJ |

## NOTICE

By direction of the Court, this matter is hereby set for **SENTENCING** on **FRIDAY, AUGUST 13TH, 2021 at 11:30 A.M.** in Courtroom 303, United States Courthouse, 121 Spring Street, S.E., Gainesville, Georgia 30501 before the Honorable Steve C. Jones.

This 13th day of May, 2021.

JAMES N. HATTEN, CLERK
By:

s/Pamela Wright
Pamela Wright
Courtroom Deputy Clerk to
Honorable Steve C. Jones
404-215-1284